CASE # 1-22-cv-05695-KMW-EAP

11-2-22

TO THE JUDGES INVOLVED IN MY CASE

PLEASE TAKE INTO CONSIDERATION THAT AS A PRO-SE LITIGANT BEING HEARD IN PERSON WHERE THOUGHTS CAN BE PROPERLY COMMUNICATED WOULD ALLOW THIS CASE TO BE HANDLED IN THE TRUE SPIRIT OF THE COURT SYSTEM; GIVING EVERY CITIZEN THE CHANCE TO A FAIR TRIAL. IT IS MUCH EASIER TO COMMUNICATE THE REAL ISSUES INVOLVED IN THIS CASE. THANK YOU FOR YOUR CONSIDERATION IN THIS MATTER

JEFF MARKUNAS PRO-SE
30 OAK ST
SALEM NJ 08079